# EXHIBIT 1




# ZONING PERMIT APPLICATION

*This application must be submitted in person. For a submittal appointment, call 213-974-6438.*

## THIS SECTION – STAFF USE ONLY

| Plan: | | Code Section | Project No. | |
|---|---|---|---|---|
| Zone: | | | Permit No. | |
| CSD: | | | | |
| TOD: | | | | |
| ESHA / SEA: | | | RFS No. | |

SA:  N  E  W       SD: 1  2  3  4  5   ZD:             GB? Y  N    UO? Y  N    OT? Y  N

### 1. Subject Property (Sujeto Propiedad)

**Assessor's Parcel Number(s)**
4443-003-012

**Property Size (Gross Area in Acres)**
11,845

**Property Address or Site Location**
3929 MALIBU VISTA DRIVE, MALIBU, CA 90265

**Name of Business or Establishment (If Applicable):**

### 2. Uses (Usos)

**Current:** RESIDENTIAL      **Proposed:** RESIDENTIAL

☐ Continued (Renewal)    Previous Permit Number:      *Attach copy of Findings and Conditions if available.*

### 3. Project Description (Proyecto) Describe project in detail. Attach additional page(s) if necessary. See Instructions/Checklist

EMERGENCY RETAINING PILE PROJECT (PLANS ATTACHED)

**Check/Complete All That Apply:**

☒ No Improvements Proposed    ☐ Demolition    ☐ Private Septic System    ☐ Private Well

New Building Construction (SF): 0     New Impervious Surfaces (Paving, Roofs, Etc. - SF): 0

Grading (CY)  Cut: 19    Fill: 1    Import: 0    Export: 18    ☐ Balanced on Site

Alcohol Sales: ☐ Beer & Wine  or  ☐ Full Line of Alcohol     ☐ On-site Consumption or ☐ Off-site Consumption

### 4. Applicant (Solicitante)

**Name:** REBECCA A. RICKLEY     **Phone:** 310 466 3929
**Address:** 3929 MALIBU VISTA DRIVE    **Fax:** 310 657 3026
**City/State:** MALIBU, CA    **ZIP:** 90265    **Email:** natasharoit@yahoo.com

### 5. Agent (Agente) If different from applicant

**Name:**      **Phone:**
**Address:**      **Fax:**
**City/State:**    **ZIP:**    **Email:**

### Property Owner(s) (Dueño/a Registrado) If different from applicant

**Name:** REBECCA RICKLEY/NATASHA ROIT    **Phone:** 310 883 3111
**Address:** 3929 MALIBU VISTA DRIVE    **Fax:** 310 657 3026
**City/State:** MALIBU, CA    **ZIP:** 90265    **Email:** natasharoit@yahoo.com

### 7. Owner / Applicant Certification (Certificación del Solicitante, Agente o Dueño/a)

By my signature below, I hereby certify the following:

1. I understand that it is the responsibility of the applicant to substantiate the request through the Burden of Proof.
2. I understand there is no guarantee - expressed or implied - that any permit will be granted. I understand that each matter must be carefully evaluated and after the evaluation has been conducted or the public hearing has been held. Staff's recommendation or decision may change during the course of the review based on the information presented.
3. I understand that planning staff is not permitted to assist the applicant or opponents of the project in preparing arguments for or against a request.
4. I understand that the environmental review associated with the submittal of this application is preliminary, and that after further evaluation, additional information, reports, studies, applications and/or fees may be required.
5. I understand that if my application is denied, there is no refund of fees paid.
6. I understand that submitting inaccurate or incomplete information may result in delays or denial of my application.
7. I certify that the information provided in this application, including attachments, is accurate and correct to the best of my knowledge.
8. I have read and understand the foregoing, and agree to the submittal of this application.

Signature (Blue Ink): [signature]   Date: May 26, 2016
Print Name: REBECCA A. RICKLEY (under protest)   Check One: ☒ Owner   ☐ Applicant

### 8. Oak Tree Certification (Certificación de Árboles Robles) (Pursuant to Chapter 22.56, Pt. 16)

Check only one box below:

☒ By my signature below, I certify that there are no oak trees or oak tree protected zones (five feet from the drip line of the canopy or within 15 feet of any oak tree trunk, whichever distance is greater) located on the subject property or properties.

☐ By my signature below, I certify that there are oak trees or protected zones (five feet from the drip line of the canopy or within 15 feet. of any oak tree trunk, whichever distance is greater) within the subject property or properties, but that no work will be done within these protected areas. This applies to on and off-site oak trees. All oak tree dimensions, including trunk diameter and canopy, should accurately be depicted on the plans and be drawn to an acceptable scale.

☐ By my signature below, I certify that project activity will occur within the protected zone of an oak tree (five feet from the drip line of the canopy or within 15 feet of an oak tree trunk) and that I have concurrently submitted an Oak Tree Permit application. All oak tree dimensions, including trunk diameter and canopy, are accurately depicted on the plans and drawn to an acceptable scale.

Signature (Blue Ink): [signature]   Date: May 26, 2016
Print Name: REBECCA A. RICKLEY (under protest)   Check One: ☒ Owner   ☐ Applicant   ☐ Agent

### 9. Santa Monica Mountains Local Coastal Program (Programa Local Costero de las Montañas de Santa Monica) (Pursuant to Chapter 22.44.600 et seq.) (Complete only if project is within the Santa Monica Mountains Coastal Zone)

Check only one box below:

☐ It is my understanding that this proposed development project is EXEMPT from the LIP pursuant to Section 22.44.820, and I have attached all of the material required in the LIP Exemption Determination Checklist.

☐ It is my understanding that this proposed development project requires a Coastal Development Permit (CDP) pursuant to the LIP, and I have attached all of the material required in the Santa Monica Mountains Local Coastal Program CDP Checklist.

Signature (Blue Ink): [signature]   Date: May 26, 2016
Print Name: REBECCA A. RICKLEY (under protest)   Check One: ☒ Owner   ☐ Applicant   ☐ Agent

### 10. Lobbyist Statement (Información de un Grupo de Presión)

The Los Angeles County Lobbyist Ordinance, effective May 7, 1993, requires certification that each person who applies for a County permit is familiar with the requirements or Ordinance No. 93-0031 (Lobbyist Ordinance), and that all persons acting on behalf of the applicant have complied and will continue to comply with the requirements of said Ordinance through the application process. By my signature below, I hereby certify that I am familiar with the requirements of Ordinance No. 93-0031 and understand that making such a certification, and compliance with this ordinance, shall be conditions precedent to granting the permit requested, license, contract or franchise.

Signature (Blue Ink): [signature]   Date: May 26, 2016
Print Name: REBECCA A. RICKLEY (under protest)   Check One: ☒ Owner   ☐ Applicant   ☐ Agent
Lobbyist Permit Number, If Applicable:

The information requested is required for a Zoning Permit, Coastal Development Permit, Director's Review and Oak Tree Permit, pursuant to Title 22 of LA County Code. Failure to provide complete and accurate information will cause delay. All required supplemental information must be submitted with this application. Additional application forms are available at: http://planning.lacounty.gov/apps. See instructions and checklist. For assistance, call 213-974-6411 or click http://planning.lacounty.gov/who.

IF YOU SUSPECT FRAUD OR WRONGDOING BY A COUNTY EMPLOYEE, PLEASE REPORT IT TO
THE COUNTY FRAUD HOTLINE AT 1-800-544-6864 OR WWW.LACOUNTYFRAUD.ORG.
YOU MAY REMAIN ANONYMOUS.

---

THIS SECTION - STAFF USE ONLY – LDCC COMMENTS

Revised 5/26/2016   Los Angeles County Department of Regional Planning | 320 W. Temple Street | Los Angeles, CA 90012
Phone 213.974.6411 | Fax 213.626.0434 | TDD 213.671.2922 | planning.lacounty.gov   Page 2 of 2

County Defendants' RJN - Page 007

| | Process for Zoning Permits Cases Requiring a Public Hearing | |
|---|---|---|
| 1 | Application materials reviewed for completeness. | Review is conducted within approximately 30 days from application submittal. If additional materials/information is required, they will be requested. Requirement for an initial study is determined during initial review. If an initial study is required, you will be notified to pay an additional environmental assessment fee. |
| 2 | Other County departments review project (if applicable). | Other department comments are submitted to DRP within approximately 30 to 60 days of request. If clearance is not received, their comments are sent to the applicant. |
| 3 | Case routed to queue for assignment. | Due to the backlog of cases, the wait for assignment may be a couple months from step 2. |
| 4 | Case assigned to planner. | The applicant will be contacted by the case planner after the case has been assigned and evaluated. Upon more in depth review, the planner may request project revisions, revised plans or additional permits and related fees. |
| 5 | Environmental review conducted. | Special studies to be used for environmental analysis may be required at this time. |
| 6 | Staff report drafted. | |
| 7 | Public hearing scheduled. | Generally, hearings are held approximately one year from file date if the applicant complies with requests in a timely manner. The processing time may be longer for complex or controversial projects. The hearing notice is published at least 30-days prior to hearing. A copy of the hearing notice is sent to the applicant. |
| 8 | Hearing package prepared. | A copy of the hearing package, including staff report, is sent to the applicant two weeks prior to hearing. |
| 9 | Public hearing held. | The determination (approval/denial) is effective, unless appealed, within 14 days. The determination package is mailed to the applicant within approximately 24 hours of the hearing. |
| 10 | Case closed out. | If approved, the applicant submits recorded affidavit, conditions and inspection fees. The approved plans are provided to the applicant and Building & Safety. |
| 11 | Applicant proceeds to building permit phase. | |

The above process is a summary only. More detailed information is available at: http://planning.lacounty.gov/assets/upl/apps/zoning-permit_application_flowchart.pdf. For questions about the process, please call (213) 974-6443, -6435 or – 6462 and ask to speak to the Planner of the Day.