UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-04176-AB (AFMx) | Date: | April 5, 2019 |
| Title: | Rebecca A. Rickley v. County of Los Angeles | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

Natasha Roit

David Mehretu
Deborah J Fox

**Proceedings:** DEFENDANT RONALD DOCKERY'S MOTION FOR SUMMARY JUDGMENT [107]

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.