# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA A. RICKLEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a governmental agency; DEPARTMENT OF REGIONAL PLANNING, an arm of the COUNTY OF LOS ANGELES; JOSHUA HUNTINGTON, an individual and Principal Planner in the Zoning Permits West Section of Department of Regional Planning; RICHARD BRUCKNER, an individual and Director of the Department of Regional Planning; DEPARTMENT OF PUBLIC WORKS, an arm of the COUNTY OF LOS ANGELES, ZAIM KHAYAT, an individual and employee of the Department of Public Works; RON DOCKERY, an individual and employee of the Department of Public Works, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 16-CV-04176-AB (AFMx)<br><br>**[PROPOSED] JUDGMENT ON DEFENDANT RONALD DOCKERY'S MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY ORDERED:**

1. Judgment is entered forthwith in favor of Defendant Dockery and against Plaintiff Rickley;

2. Plaintiff Rickley shall take nothing by way of her Second Amended Complaint; and

3. Following entry of judgment Defendant Dockery may be entitled to costs as the prevailing party, in an amount to be determined by the Court, upon submission of a memorandum of costs by Defendant Dockery, if any.

DATED: April 16, 2019

_____
Honorable André Birotte Jr.
United States District Judge