# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

REBECCA A. RICKLEY

V.                                      Case Number:  16-CV-04176-AB (AFMx)

COUNTY OF LOS ANGELES, et al.

Judgment was entered in this action on __4/16/2019__ / __116__ against  REBECCA A. RICKLEY                .
                                       Date       Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5):    (See Exhibit A, attached) | $5,521.60 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $5,521.60 |

**NOTE:** **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other

Signature _____

David Mehretu
Print Name

Attorney for: Defendants County of Los Angeles, Joshua Huntington, Zaim Albert Khayat, Ronald Dockery, and Richard Bruckner

Costs are taxed in the amount of     $5,521.60

Kiry K. Gray                                      Kelly Davis                              May 17, 2019
Clerk of Court                  By:      Deputy Clerk                                        Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES** (computation, *see* 28 U.S.C. § 1821 for statutory fees)

## Exhibit A - Depositon costs

| Attachment # | Invoice # | Vendor | Deponent | Total cost | Nontaxable costs | Reason nontaxable | Taxable costs |
|---|---|---|---|---|---|---|---|
| 1 | 165040 | Coalition Court Reporters | Hassan Alameddine | $1,032.40 | $0.00 | | $1,032.40 |
| 2 | 154237 | Coalition Court Reporters | Ron Dockery | $1,011.10 | $0.00 | | $1,011.10 |
| 3 | 155482 | Coalition Court Reporters | Zaim Khayat | $1,060.00 | $0.00 | | $1,060.00 |
| 4 | 159151 | Coalition Court Reporters | Kaveh Razavi | $1,270.35 | $665.00 | expedited surcharge | $605.35 |
| 5 | SF3736321 | Veritext Legal Solutions | Rebecca Rickley | $1,812.75 | $0.00 | | $1,812.75 |
| | | | | | | Total taxable: | $5,521.60 |





Coalition Court Reporters
205 South Broadway, Suite 1008
Los Angeles, CA 90012
213.471.2966
www.ccrola.com

# INVOICE

MEYERS NAVE
ATTN: David Mehretu, Esq. #269398
555 12th Street, Suite 1500
Oakland, CA  94607

| | |
|---|---|
| Invoice Number: | **160540** |
| Invoice Date: | 12/28/2018 |
| Job Number: | 149586 |

Client Phone: 510.808.2000

In Re:   REBECCA A. RICKLEY V. RON DOCKERY, 2:16-CV-04176-AB
Witness(s): DEPOSITION - Hassan Alameddine
Attendance Date: 12/05/2018, 9:00 a.m.
Reporter: Tracy Williams, 10139
Location: 1541 Ocean Ave. Suite 200 - Conference Room B, Santa Monica, CA 90401

| Qty | Description | | Ext |
|---|---|---|---|
| 316 | Depo - Certified Copy | *( $3.00/pg. )* | 948.00 |
| | **Included: PDF Bundle, Condensed, Word Index** | | |
| 96 | Depo - Exhibits - Black/White to Black/White | | 43.20 |
| 12 | Depo - Exhibits - Color to Color | | 16.20 |
| 1 | Depo - Production and Shipping (Certified Copy) | | 25.00 |
| | | Subtotal: | 1032.40 |
| | | | |
| | | Invoice Total: | 1032.40 |
| | | Payments: | 1032.40 |
| | | | |
| | | Total Amount Due: | 0.00 |

Payment Terms:

Upon Receipt

Please make checks payable to : Coalition Court Reporters or CCROLA

A late charge fee will be assessed on past due accounts at the rate of 1.5% per month
(18% APR) on invoices that become 30 days past due.

Tax ID: 45-5301982

**EXHIBIT A**
**Page 4**





Coalition Court Reporters
205 South Broadway, Suite 1008
Los Angeles, CA 90012
213.471.2966
www.ccrola.com

## INVOICE

MEYERS NAVE
ATTN: David Mehretu, Esq. #269398
555 12th Street, Suite 1500
Oakland, CA  94607

| | |
|---|---|
| **Invoice Number:** | 154237 |
| Invoice Date: | 05/10/2018 |
| Job Number: | 144590 |
| Client Phone: | 510.808.2000 |

In Re:   REBECCA A. RICKLEY V. RON DOCKERY, 2:16-CV-04176-AB
         Witness(s): DEPOSITION - Ron Dockery
         Attendance Date: 04/27/2018, 9:00 a.m.
         Reporter: Lisa Marie Parker, 13441
         Location: 1541 Ocean Ave. Suite 200 - Conference room B, Santa Monica, CA 90401

| Qty | Description | Ext |
|---|---|---|
| 214 | Depo - Certified Copy | (*3.00/page*) 642.00 |
|  | **Included: PDF Bundle, Condensed, Word Index** | |
| 206 | Depo - Rough Draft | (*$1.65/page*) 339.90 |
| 12 | Depo - Exhibits - Black/White to Black/White | 4.20 |
| 1 | Depo - Production and Shipping (Certified Copy) | 25.00 |
|  | Subtotal | 1011.10 |
|  | Invoice Total | 1011.10 |

---

Payment Terms:

Upon Receipt

Please make checks payable to   Coalition Court Reporters or CCROLA

A late charge fee will be assessed on past due accounts at the rate of 1.5% per month
(18% APR) on invoices that become 30 days past due.

---

Tax ID: 45-5301982

*Please detach bottom portion and return with payment*

| | | | |
|---|---|---|---|
| Invoice Number: | 154237 | Cardholder's Name: | |
| Invoice Date: | 05/10/2018 | Card Number: | |
| Amount Due: | **$1011.10** | Exp. Date: | Phone: |
| Amount Enclosed: | $ | Billing Address: | |
| **CREDIT CARDS ACCEPTED** | | Zip: | Security Code: |

**EXHIBIT A**
**Page 5**





Coalition Court Reporters
205 South Broadway, Suite 1008
Los Angeles, CA 90012
213.471.2966
www.ccrola.com

# INVOICE

MEYERS NAVE
ATTN: David Mehretu, Esq. #269398
555 12th Street, Suite 1500
Oakland, CA  94607

| | |
|---|---|
| Invoice Number: | 155842 |
| Invoice Date: | 07/16/2018 |
| Job Number: | 145860 |

Client Phone: 510.808.2000

In Re:  REBECCA A. RICKLEY V. RON DOCKERY, 2:16-CV-04176-AB
Witness(s): DEPOSITION - Zaim Khayat
Attendance Date: 06/28/2018, 9:00 a.m.
Reporter: Tammie Hall Moore, 11525
Location: 1541 Ocean Ave. Suite 200 - Conference room A, Santa Monica, CA 90401

| Qty | Description | | Ext |
|---|---|---|---|
| 225 | Depo - Certified Copy | *($3.00/page)* | 675.00 |
| | Included: PDF Bundle, Condensed, Word Index | | |
| 213 | Depo - Rough Draft | *($1.65/page)* | 351.45 |
| 19 | Depo - Exhibits - Black/White to Black/White | | 8.55 |
| 1 | Depo - Production and Shipping (Certified Copy) | | 25.00 |
| | | Subtotal: | 1060.00 |
| | | Invoice Total: | 1060.00 |

---

Payment Terms:

Upon Receipt

Please make checks payable to : Coalition Court Reporters or CCROLA

A late charge fee will be assessed on past due accounts at the rate of 1.5% per month
(18% APR) on invoices that become 30 days past due.

Tax ID: 45-5301982

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 155842 |
| Invoice Date: | 07/16/2018 |
| Amount Due: | **$1060.00** |
| Amount Enclosed: | $ |

CREDIT CARDS ACCEPTED

Cardholder's Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:

**EXHIBIT A**
**Page 6**





Coalition Court Reporters
205 South Broadway, Suite 1008
Los Angeles, CA 90012
213.471.2966
www.ccrola.com

## INVOICE

MEYERS NAVE
ATTN: David Mehretu, Esq. #269398
555 12th Street, Suite 1500
Oakland, CA 94607

| | |
|---|---|
| **Invoice Number:** | 159151 |
| Invoice Date: | 11/09/2018 |
| Job Number: | 148771 |

Client Phone: 510.808.2000

In Re:   REBECCA A. RICKLEY V. RON DOCKERY, 2:16-CV-04176-AB
Witness(s): DEPOSITION - Kaveh Razavi
Attendance Date: 11/01/2018, 9:00 a.m.
Reporter: Tracy Williams, 10139
Location: 1541 Ocean Ave. Suite 200 - Conference Room B, Santa Monica, CA 90401

| Qty | Description | | Ext |
|---|---|---|---|
| 190 | Depo - Certified Copy | *($3.00/page)* | 570.00 |
| | **Included: PDF Bundle, Condensed, Word Index** | | |
| 23 | Depo - Exhibits - Black/White to Black/White | | 10.35 |
| 190 | Depo - Expedited Surcharge - 4 Days 70% (Pages) | — *not taxable* → | ~~665.00~~ |
| 1 | Depo - Production and Shipping (Certified Copy) | | 25.00 |
| | | Subtotal: | 1270.35 |

Invoice Total:   1270.35

*— 665.00 surcharge*
*$605.35*
*taxable*

---

Payment Terms:

Upon Receipt

Please make checks payable to : Coalition Court Reporters or CCROLA

A late charge fee will be assessed on past due accounts at the rate of 1.5% per month
(18% APR) on invoices that become 30 days past due.

---

Tax ID: 45-5301982

**EXHIBIT A**
**Page 7**





**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | David Mehretu Esq. | **Invoice #:** | SF3736321 |
| | Meyers Nave | **Invoice Date:** | 4/15/2019 |
| | 555 12th Street | **Balance Due:** | $1,812.75 |
| | Suite 1500 | | |
| | Oakland, CA, 94607 | | |

| | |
|---|---|
| Case: | Rickley, Rebecca v. County Of Los Angeles |
| Job #: | 2995509 | Job Date: 12/6/2018 | Delivery: Normal |
| Billing Atty: | David Mehretu Esq. |
| Location: | Meyers Nave |
| | 707 Wilshire Blvd | 24th Flr |
| | Los Angeles, CA 90017 |
| Sched Atty: | | Meyers Nave |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 358.00 | $4.75 | $1,700.50 |
| | Surcharge - Extended Hours | Hour | 0.50 | $85.00 | $42.50 |
| Rebecca A Rickley | Exhibits - Color | Per Page | 4.00 | $0.25 | $1.00 |
| | Exhibits | Per Page | 15.00 | $0.25 | $3.75 |
| | Production & Processing | 1 | 1.00 | $25.00 | $25.00 |
| | Parking Expense | Per hour | 1.00 | $40.00 | $40.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,812.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,812.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF3736321 |
| **Job #:** | 2995509 |
| **Invoice Date:** | **4/15/2019** |
| **Balance:** | $1,812.75 |

**EXHIBIT A**
**Page 8**

102288