FILED

APR 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REBECCA A. RICKLEY, | No. 19-55452 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-04176-AB-AFM |
| v. | Central District of California, Los Angeles |
| COUNTY OF LOS ANGELES, a governmental agency; et al., | |
| Defendants-Appellees. | ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 35), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation